ACCEPTED
14-14-00853-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 12:22:39 PM
CHRISTOPHER PRINE
CLERK

## TERRENCE A. GAISER
*Attorney at Law*
2900 Smith Street, Suite 220
Houston, Texas 77006
(713) 225-0666

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/17/2015 12:22:39 PM

CHRISTOPHER A. PRINE
Clerk

April 10, 2015

Mr. Clifford Baker
TDCJ-ID 01953874
Gist Unit                        AMENDED LETTER
3295 FM. 3514
Beaumont, Texas 77705

        Re:  Clifford Baker v. State of Texas, Cause Number 01-14-00852-CR  &
        01-14-00852-CR

Dear Mr. Baker

        Enclosed please find a copy of the Appellant's Brief that has been filed in this cause.  In my professional judgment there is no reversible error in this case on direct appeal  You have a right to file a pro se brief on your own behalf, if you so desire.  This is explained in the brief.

        As far as your transcript is concerned, as is also explained in the brief, you have a right to examine the record in order to prepare a brief, and a right to an extension of time for filing the brief.  In addition, I am enclosing a copy of a form motion for pro se access to the appellate record.  The court of appeals is located at 301 Fannin, Suite 245, Houston, Texas 77002. Should you desire to file a brief, please notify me, or the Court of Appeals, as soon as possible.  When your appeal is affirmed you also have the right to file a Petition for Discretionary Review in the Court of Criminal Appeals.

        As this ends my duties as appellate counsel, I am also filing a motion to withdraw as attorney of record.

Sincerely,

Terrence Gaiser
TG/cc
Enclosures.
CMRRR 7012 1010 0001 4778 1617